IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN M. "MIKE" MURPHY and MARTHA MURPHY, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 8:13CV155 |
| vs. | ) ) | |
| EMILY R. SVOBODA and SHARON SOLTERO and SAUL SOLTERO, d/b/a PENNY'S FLORAL, | ) ) ) ) | ORDER |
| Defendants. | ) | |

This case came before the court for a telephonic hearing on the Motion to Alter Progression Order Dates (#22).   Michelle Epstein represented the plaintiffs and David Mullen represented the defendants.  Argument was heard.  The motion is granted, as follows:

**IT IS ORDERED:**

1. All deadlines set in the Order Setting Final Schedule for Progression of Case (#19) are stayed.

2. The June 2, 2014 final pretrial conference and the June 23, 2014 trial dates are cancelled.

3. The Rule 16 conference is set for **Monday, April 14, 2014, at 11:00 A.M.,** to be held by telephone call initiated by counsel for the plaintiffs.

Dated this 3rd day of March 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge