IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARTHA MURPHY, Individually and as Personal Representative of the Estate of John M. Mike Murphy;

Plaintiff,

vs.

EMILY R. SVOBODA, SAUL SOLTERO, AND SHARON SOLTERO,

Defendants.

8:13CV155

ORDER

This matter is before the court on objections to the deposition testimony of Dr. Joel Cotton. The court rules as follows:

Deponent Joel Thomas Cotton, M.D.

| Page:Line | Objection | Sustained | Overruled |
|---|---|---|---|
| 50:14 | Hearsay, Move to Strike | | X |
| 53:11 | Hearsay, Move to Strike | | X |
| 73:9-18 | Foundation | | X |
| 85:20 - 86:12 | Relevance, Hearsay | X | |
| 90:11-23 | Foundation, Relevance, Exceeds Scope of Direct | X | |
| 103:19 - 104:10 | Hearsay, Relevance, Foundation | X | |

SO ORDERED.

Dated this 19th day of November, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge