IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARTHA MURPHY, Individually and as Personal Representative of the Estate of John M. Mike Murphy;<br><br>    Plaintiff,<br><br> vs.<br><br>EMILY R. SVOBODA, SAUL SOLTERO, AND SHARON SOLTERO,<br><br>    Defendants. | 8:13CV155<br><br>**ORDER** | |

This matter is before the court on objections to the deposition testimony. The court rules as follows:

| Page:Line | Objection | Sustained | Overruled |
|---|---|---|---|
| **Deponent Raymond Godsil, Jr.** | | | |
| 28:1-28:15 | Foundation | | X |
| **Deponent Michael Gorum, M.D.** | | | |
| 28:17-22 | Form – Misstates Dr. Graham's testimony | X | |
| 29:3-9 | Form – Misstates Dr. Graham's testimony | X | |
| 23:1 - 24:1 | Form | | X |
| 41:22 - 42:5 | Foundation | | X |
| **Deponent Ona Graham, PsyD.** | | | |
| 54:18 - 57:5 | Foundation | | X |

| | | | |
|---|---|---|---|
| 99:1-6 | Form – Misstates Don Young's testimony | X | |
| 101:1-101:11 | Non-Responsive | X | |

**Deponent Donald Young**

| | | | |
|---|---|---|---|
| 38:12-39:7 | Improper Opinion testimony; foundation, speculation; undisclosed expert testimony | X | |
| 43:19-25 | Non-responsive, Foundation, Speculation | X | |
| 45:6-45:24 | Same grounds as 43:19-25; follow-up to the previous nonresponsive answer | X | |

DATED this 24th day of November, 2015.

BY THE COURT:

  s/ Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Judge