IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Martha Murphy,<br>Individually and as Personal<br>Representative of the Estate of<br>John M. Mike Murphy,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>Emily R. Svoboda,<br>Saul Soltero, Sharon Soltero,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  8:13CV155<br><br><br><br>**ORDER TO DESTROY** |

Counsel for the defendant notified the court on December 20, 2016 that the following exhibits held by the court in this matter can be destroyed.

Defendant's Trial Exhibits / jury trial held November 19 and 23-25, 2015

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

　　IT IS SO ORDERED.

　　DATED:   December 22, 2016

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　s/ **Joseph F. Bataillon**
　　　　　　　　　　　　　　　　　　Senior United States District Judge

　　　　　　　　　　　　　　　　　　Exhibits-Order_to_Destroy.docx
　　　　　　　　　　　　　　　　　　　　　　Approved 12/17/15